William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                  21 MC 102 (AKH)


_____X

DAGOBERTO ARISTIZABAL (AND WIFE,
ALEXANDRA ARISTIZABAL)
                                                    **NOTICE OF THE
                                                    BROOKFIELD
                    V.                              PARTIES' ADOPTION
                                                    OF AMENDED ANSWER
                                                    TO MASTER
                                                    COMPLAINT**

ALAN KASMAN DBA KASCO, ET. AL.,
                                                    CASE NUMBER: (AKH)
                                                    07 CV 1458

_____X

        PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., WFP Tower B Co L.P. and  WFP Tower B

Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above referenced action, hereby adopt the Brookfield

Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed

in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

        WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
          October 18 2007

Faust, Goetz, Schenker & Blee, LLP

By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900