UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Dagoberto Aristizabal and Alexandra Aristizabal

          Plaintiffs,  Index No.: 07CV1458 (AKH)

   - against -        NOTICE OF THE NOMURA
NOMURA HOLDING AMERICA INC. and  PARTIES' ADOPTION OF
NOMURA SECURITIES INTERNATIONAL, INC. ANSWER TO MASTER
                     COMPLAINT
et al. (see Defendants' List)        _____

           Defendants.  1:21-MC-00102

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorneys for Nomura Holding America INC. and Nomura Securities International, Inc., in this action.

Dated: November 1, 2007
   New York, New York

                Yours, etc.

                STRONGIN ROTHMAN & ABRAMS, LLP

                s/ Dror M. Bikel

                _____
                Dror M. Bikel, ESQ.
                Attorneys for Defendant
                NOMURA HOLDING AMERICA, INC.
                50 Broadway, Suite 2003
                New York, NY 10004
                (212) 931-8300

TO:
SEE ATTACHED SERVICE LIST

## **SERVICE LIST**

Worby Groner Edelman & Napoli Bern , LLP
*Attorneys for the*: Plaintiff(s)
*Office and Post Office Address and Telephone*
115 Broadway, Twelfth Floor
New York, NY 10006
(212) 267-3700

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C
233 Broadway, 5th Floor
New York, NY 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, NY 10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com